STATE of Missouri, Plaintiff/Respondent,

v.

Robert HUTTON, Defendant/Appellant.

No. 62653.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 19, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 9, 1993.

Application to Transfer Denied
Jan. 25, 1994.

Elizabeth Haines, Asst. Public Defender, Office of Sp. Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals from actions of trial court and motion court after remand pursuant to *State v. Hutton*, 825 S.W.2d 883 (Mo. App.1992).

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).